# United States Court of Appeals
## For the First Circuit

---

No. 03-1650

UNITED STATES OF AMERICA,
Appellee,

v.

MICHELLE RODRÍGUEZ-MATOS,
Defendant, Appellant.

---

**JUDGMENT**

Entered: May 19, 2005

This cause came on to be heard on appeal from the United States District Court for the District of Puerto Rico, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed in part, vacated in part, and remanded for further proceedings consistent with the opinion issued this day.

By the Court:

~~Richard Cushing Donovan, Clerk~~

MARGARET CARTER

By: Margaret Carter, Chief Deputy, Clerk

[Certified copies to Hon. Daniel R. Dominguez and Ms Frances de Moran, Clerk, United States District Court for Puerto Rico. Copies to Ms. Backiel, Mr. Romo Matienzo, Mr. Klumper, Ms. Mittleman, Ms. Torres-Pabon, Mr. Rieckehoff, Mr. Bazan, Mr. Perez-Sosa, Mr. Berman. ]