IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff | |
| v. | |
| [4] MICHELLE RODRIGUEZ MATOS | CRIM: NO. 99-295 (DRD) |
| Defendant | |

ORDER

Since the U.S. Court of Appeal, for the First Circuit affirmed above-named defendant's conviction on Count Four (4), but vacated her sentence imposed by this Court, and remanded for re-sentencing subject to the statutory maximum set forth in 18 U.S.C. § 371, Re-sentencing is hereby set for **September 2, 2005 at 10:00 a.m.**

The Clerk of the Court is instructed to issue the corresponding Writ of Habeas Corpus Ad Prosequendum.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 14th day of July 2005.

S/ ***DANIEL R. DOMINGUEZ***
DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE