# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA    *

                               *

     vs.                       *     **CRIM. 99-295-04 (DRD)**

                               *

MICHELLE RODRIGUEZ MATOS    *

U.S.M. #19156-069               *

-------------------------------------------------*

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:     FCI DANBURY
         FEDERAL CORRECTIONAL INSTITUTION
         ROUTE 37
         DANBURY, CT 06811

       We command you, the Warden, FCI Danbury, Route 37, Danbury, Connecticut, to release **MICHELLE RODRIGUEZ MATOS** to the custody of the U.S. Marshal for the District of Puerto Rico, or to any of his deputies, and we command you, Herman Wirshing, U.S. Marshal for the District of Puerto Rico, to have the body of **MICHELLE RODRIGUEZ MATOS**, and take her under your custody under safe and secure conduct, and remove the said **MICHELLE RODRIGUEZ MATOS** forthwith and bring her before HONORABLE DANIEL R. DOMINGUEZ, U.S. District Court Judge, at the Federal Courthouse Building, Hato Rey, Puerto Rico, on **Friday, September 2, 2005 at 10:00 a.m. for re-sentencing,** and any subsequent days thereafter, and that you safely and securely return said **MICHELLE RODRIGUEZ MATOS**, to the custody of the Warden, FCI Danbury, Route 37, Danbury, Connecticut.

2

WITNESS the Honorable Daniel R. Domínguez
U. S. District Judge, United States
District Court for the District of
Puerto Rico, at Hato Rey, Puerto Rico
and the Seal of said Court,
this 14th day of July 2005


FRANCES RIOS DE MORAN
Clerk, U. S. District Court for
the District of Puerto Rico

S/ ***Omar Flaquer Mendoza***
Omar Flaquer Mendoza
Courtroom Deputy Clerk