UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>MICHELLE RODRIGUEZ MATOS<br>Defendant | DOCKET NO. 99-00295 (DRD)<br>DEFENDANT NO. 004 |

## ORDER

Upon petition from the U.S. Probation Officer who is preparing an addendum to the pre-sentence investigation report on the above captioned, the Court hereby orders the Warden, William Willingham, FCI Danbury, 33 and one half Pemdorke, Danbury, Conneticut, 06811, to provide the Probation Officer Miguel Berrios a copy of defendant's complete file, to include work, studies, and all other adjustments made while in custody.

**SO ORDERED.**

In San Juan, Puerto Rico, this 6th day of September 2005.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

A/cs: USM, FCI Danbury
s/c: USPO, Berrios
9/7/05