```
  GUAH9                  *        INMATE EDUCATION DATA        *      11-16-2006
PAGE 001                 *             TRANSCRIPT              *      12:09:40

REGISTER NO: 19156-069    NAME..: RODRIGUEZ MATOS           FUNC: DIS
FORMAT.....: TRANSCRIPT   RSP OF: GUA-GUAYNABO MDC
------------------------- EDUCATION INFORMATION -------------------------
FACL ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP DATE/TIME
GUA  ESL HAS   ENGLISH PROFICIENT              03-12-2005 0001 CURRENT
GUA  GED HAS   COMPLETED GED OR HS DIPLOMA     06-10-2003 1057 CURRENT

--------------------------- EDUCATION COURSES ---------------------------
SUB-FACL  DESCRIPTION                      START DATE STOP DATE EVNT AC LV HRS
GUA F     BASIC BOOKBINDING COURSE         11-01-2006 CURRENT
GUA F     COLLEGE ENTRANCE EXAM            12-09-2005 03-01-2006  P  C  P   70
DAN F     PILATES TONING CLASS             06-06-2005 07-25-2005  P  C  P    5
DAN F     CARDIO AEROBICS                  05-02-2005 05-31-2005  P  C  P   17
DAN F     LEATHERCRAFT HOBBYCRAFT CLASS    01-16-2005 04-03-2005  P  C  P   14
DAN F     AEROBICS CLASS                   02-05-2005 03-27-2005  P  C  P   16
DAN F     CARDIO AEROBICS                  03-01-2005 03-31-2005  P  C  P   17
DAN F     ESL ADV M-F 12:30-2:30           01-05-2004 03-12-2005  P  C  R  480
DAN F     CARDIO AEROBICS                  02-01-2005 02-28-2005  P  C  P   16

G0002     MORE PAGES TO FOLLOW . . .


  GUAH9                  *        INMATE EDUCATION DATA        *      11-16-2006
PAGE 002                 *             TRANSCRIPT              *      12:09:40

REGISTER NO: 19156-069    NAME..: RODRIGUEZ MATOS           FUNC: DIS
FORMAT.....: TRANSCRIPT   RSP OF: GUA-GUAYNABO MDC
--------------------------- EDUCATION COURSES ---------------------------
SUB-FACL  DESCRIPTION                      START DATE STOP DATE EVNT AC LV HRS
DAN F     SELF-ESTEEM PARENTING-ED CLASS   10-20-2004 10-20-2004  P  C  P    1
DAN F     GENDER IMAGES-MEDIA PRTNG ED     10-13-2004 10-13-2004  P  C  P    1
DAN F     HEALTHY RELATIONSHIPS PRTNG ED   10-06-2004 10-06-2004  P  C  P    1
DAN F     BOUNDARIES & OUR PARENTING ED    09-29-2004 09-29-2004  P  C  P    1
DAN F     AEROBICS CLASS                   09-02-2004 09-26-2004  P  C  P   13
TAL F     ENGLISH 2ND LANG 9:00-11:00 AM   05-28-2003 12-02-2003  P  W  I  240
GUA F     ADVANCE HEALTH CLASS 3C          09-27-2002 02-01-2003  P  C  P   40
GUA F     ESL COURSE 3C UNIT               12-11-2001 04-16-2002  P  C  N   28
GUA F     MUSIC THOERY 3C UNIT             03-05-2002 06-14-2002  P  C  P   55
GUA F     SESS 12:30-3:30 PARENTING LESS   02-23-2001 05-18-2001  P  C  P   30
GUA F     SESS 1 1-3PM HEALTH ISSUES       06-10-2000 10-18-2000  P  C  P   30
GUA F     BASIC SEWING-TUE(8-11)           11-22-2000 02-02-2001  P  C  P   15
GUA F     CARD MAKING (8-11 A.M.) QTR 3C   11-21-2000 02-02-2001  P  C  P   21
GUA F     CARD MAKING (8-11 A.M.) QTR 3C   08-03-2000 10-31-2000  P  W  I    6

G0002     MORE PAGES TO FOLLOW . . .
```