

```
GUAH9             *        INMATE EDUCATION DATA         *    11-16-2006
PAGE 003 OF 003 *                 TRANSCRIPT              *    12:09:40

REGISTER NO: 19156-069    NAME..: RODRIGUEZ MATOS         FUNC: DIS
FORMAT.....: TRANSCRIPT   RSP OF: GUA-GUAYNABO MDC
------------------------------ EDUCATION COURSES ------------------------------
SUB-FACL   DESCRIPTION                 START DATE STOP DATE EVNT AC LV   HRS
GUA F      ARTS AND CRAFT UNIT 3C      12-22-1999 02-10-2000  P  C  P    15

------------------------------ HIGH TEST SCORES ------------------------------
TEST       SUBTEST        SCORE      TEST DATE     TEST FACL    FORM      STATE
CASAS      LIST CERT      219.0      03-18-2004    DAN          54L
           LIST LEV C     219.0      06-12-2003    TAL          55
           LIST PLACE     217.0      01-09-2002    GUA          2
           READ CERT      225.0      03-11-2005    DAN          523
           READ LEV C     226.0      03-08-2005    DAN          36
           READ PLACE     210.0      01-09-2002    GUA          2


GU005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```